United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 30, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-30432
Summary Calendar

GEORGE ROLAND, JR.,

                                        Petitioner-Appellant,

versus

BURL CAIN, WARDEN,
LOUISIANA STATE PENITENTIARY,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:90-CV-2502
--------------------

Before JOLLY, DAVIS and OWEN, Circuit Judges.

PER CURIAM:[*]

George Roland, Jr., Louisiana prisoner # 121494, appeals
from the district court's denial of his "Motion and Order to
Proceed with Petitioner's Jury Demand Pursuant to FRCVP Rule 38
in Petitioner's 42 U.S.C.A. § 1983 action."  Roland contends that
he is entitled to proceed with the § 1983 action he filed with
his 28 U.S.C. § 2254 petition in November 1990.

The record does not reflect that Roland filed a § 1983
action with his § 2254 petition in November 1990.  The motion he

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appeals, which was filed 12 years after his first habeas proceeding concluded, is an unauthorized motion.  See <u>United States v. Early</u>, 27 F.3d 140, 142 (5th Cir. 1994).  Accordingly, his appeal is dismissed for lack of jurisdiction.  See <u>id.</u>

APPEAL DISMISSED; REQUEST FOR A "CERTIFICATE OF PROBABLE CAUSE" DENIED AS UNNECESSARY.